The People of the State of New York, Respondent,
against
Joseph Ialacci, Appellant.




Raymond Negron, Esq., for appellant.
Islip Town Attorney (Michael A. Brandi of counsel ), for respondent.

Appeal from an amended judgment of conviction of the District Court of Suffolk County, Fifth District (Vincent J. Martorana, J.), rendered October 21, 2015. The amended judgment revoked a sentence of conditional discharge previously imposed by the same court, upon defendant's admission that he had violated a condition thereof, and resentenced him to a $200 fine on his previous conviction of allowing and maintaining an alteration to a dwelling without a permit.




ORDERED that the amended judgment of conviction is affirmed.
Defendant's contentions with respect to the facial sufficiency of the underlying accusatory instruments and the propriety of his guilty pleas are "improperly raised on the appeal from the amended judgment" (People v Lopez, 35 AD3d 763, 763 [2006]; see People v Grzywaczewski, 61 AD3d 699, 700 [2009] [defendant's failure to appeal from the original judgment of conviction forecloses any challenge to "the propriety of the original judgment, including, inter alia, claims as to the validity of his plea of guilty"]; People v Satiro, 28 AD3d 497, 497 [2006] [same]; People v Oquendo, 286 AD2d 740, 740 [2001] ["Since defendant failed to appeal from the original judgment . . . he is jurisdictionally foreclosed from challenging the propriety of the underlying judgment"]). As defendant asserts no claim of error with respect to the amended judgment of [*2]conviction, the amended judgment of conviction is affirmed.
Marano, P.J., Iannacci and Garguilo, JJ., concur.
Decision Date: May 23, 2017